UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-174-DJH

SUKHJIT BAINS,     Defendant.

\* \* \* \* \*

**ORDER**

    Defendant Sukhjit Bains pleaded guilty on June 26, 2018, to possession of a firearm by a felon and possession with intent to distribute methamphetamine. (Docket No. 27; *see* D.N. 1) The Court sentenced him to sixty-three months of imprisonment and three years of supervised release. (D.N. 50, PageID.282–83) Bains now seeks early termination of his supervised release. (D.N. 81) In response, "the United States defers to the discretion of the Court." (D.N. 82, PageID.536)

    The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court must consider the factors set forth in 18 U.S.C. § 3553(a), including the nature and circumstances of the offense and the need for the sentence to reflect the seriousness of the offense; promote respect for the law; and provide just punishment. § 3583(e); *see* § 3553(a)(1), (2)(A).

    Having considered the relevant factors, the Court declines to terminate Bains's supervised release. Bains possessed twenty-seven firearms (one on his person and twenty-six at his residence) and "approximately 11,000 rounds of assorted ammunition," contravening the prohibition imposed by his prior felony conviction. (D.N. 26, PageID.54–55; *see* D.N. 1, PageID.1–2) Bains also

possessed methamphetamine and planned to distribute it. (D.N. 26, PageID.55; D.N. 1, PageID.2) Moreover, as explained by the government's response to his motion, a state court convicted Bains of reckless driving, an infraction committed a mere five months into his term of supervised release. (D.N. 82, PageID.536) Despite some merit to the motion, early termination of Bains's supervised release is not warranted. *See* § 3583(e)(1). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** that Bains's motion (D.N. 81) is **DENIED**. This matter **REMAINS CLOSED**.

April 12, 2024

David J. Hale, Judge
United States District Court